**Opinion issued May 28, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-14-00092-CV**

**NO. 01-14-00097-CV**

**NO. 01-14-00098-CV**

————————————

**IN THE INTEREST OF D.S., D.S.M. AKA D.M., D.R.K., CHILDREN**

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2012-44551, 2012-03840J, 2010-78722[1]**

---

**MEMORANDUM OPINION**

---

[1]    Appellate cause number 01-14-00092-CV; trial court cause number 2012-44551.
       Appellate cause number 01-14-00097-CV; trial court cause number 2012-03840J.
       Appellate cause number 01-14-00098-CV; trial court cause number 2010-78722.

Appellant, Ebonee Shantrell Miles, appeals the trial court's final orders terminating her parental rights to the three minor children, D.S., D.S.M. aka D.M., and D.R.K. Appellant's appointed counsel has filed a motion to withdraw, along with an *Anders* brief, asserting that the appeals are without merit and that there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). We affirm the trial court's judgments and grant counsel's motion to withdraw.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, the appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *See In re D.D.*, 279 S.W.3d 849, 849–50 (Tex. App.—Dallas 2009, pet. denied); *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.).

Counsel has filed an *Anders* brief in which he concludes that, after a thorough review of the record, appellant's appeals of the termination of her parental rights are frivolous and without merit. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re D.E.S.*, 135 S.W.3d at 327, 330; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that he delivered a copy of the brief to appellant and has

informed appellant of her right to examine the appellate records and to file a response. *See In re K.D.*, 127 S.W.3d at 67. Appellant has not filed a response.

We have independently reviewed the entire record in each appeal and counsel's *Anders* brief. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re D.E.S.*, 135 S.W.3d at 330; *In re K.D.*, 127 S.W.3d at 67. We agree with counsel's assessment that the appeals are frivolous and without merit.

Accordingly, we affirm the judgments of the trial court and grant counsel's motion to withdraw.[2] Attorney Tristan H. Longino must immediately send the notice required by Texas Rule of Appellate Procedure 6.5(c) and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.

---

[2] Appointed counsel still has a duty to inform appellant of the result of these appeals and notify appellant that she may, on her own, pursue petitions for review in the Supreme Court of Texas. *See In re K.D.*, 127 S.W.3d 66, 68 n.3 (Tex. App.— Houston [1st Dist.] 2003, no pet.).